**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alexis Antonio OLIVARES–BONILLA,
a.k.a. Martin Ortega, Defendant–
Appellant.**

**No. 04–12358.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2006.

Suzan H. Ponzoli, Anne R. Schultz, Madeleine R. Shirley, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Richard Docobo, Miami, FL, for Defendant–Appellant.

Before BARKETT, WILSON and REAVLEY,* Circuit Judges.

PER CURIAM:

Alexis Antonio Olivares–Bonilla appeals his 64–month sentence imposed after he pled guilty to being an alien "found in" the United States illegally after removal due to a prior conviction for commission of an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). We have reviewed the record and considered the argument of counsel and conclude that no error which is reversible under our precedent has been shown.

**AFFIRMED.**